**Order entered October 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00756-CR
No. 05-16-00757-CR

**DANIEL ALBERTO MONTOYA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-31191-R & F14-31192-R**

## ORDER

Appellant's brief was due September 22, 2016. By postcard dated September 23, 2016, we notified appellant his brief was due and directed him to file, within ten days, his brief and a motion to extend time to file the same. To date, the brief and motion have not been filed, and the Court has had no communication from appellant.

Therefore, the Court **ORDERS** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeals, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the

trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/      LANA MYERS
         JUSTICE